IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DANIEL LUGO,**

                                 **Case No.** 9:22-cv-81539-DMM

      Plaintiff,

v.

**KEY ENDEAVORS, LLC,**

      Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Key Endeavors, LLC ("Defendant"), by and through its undersigned counsel, respectfully moves for an extension of time, up to and including November 23, 2022, to respond to Plaintiff's Complaint, and states the following in support:

1. On October 5, 2022, Plaintiff filed the Complaint. (Doc. 1).

2. Defendant was served on October 13, 2022, and, as such, Defendant's deadline to respond to Plaintiff's Complaint is currently November 3, 2022.

3. Defendant only recently retained the undersigned counsel in this matter.

4. Defendant and the undersigned counsel are in the process of reviewing the issues raised in Plaintiff's Complaint and gathering information relevant to the response and defense of this matter.

5. For the foregoing reasons, Defendant respectfully requests additional time to file its response to Plaintiff's Complaint.

6. Defendant has conferred with Plaintiff's counsel regarding the extension of time to respond to the Complaint, as requested herein, and Plaintiff has no objection to the requested extension.

## MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff agrees to the proposed extension. Permitting the extension will enable Defendant to develop a response to the allegations in the Complaint following analysis of the relevant files and possibly discuss early resolution of the case. For these reasons, Defendant requests that the Court extend the deadline to respond to the Complaint.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Defendant hereby certifies that she has conferred with Plaintiff's counsel regarding this motion and that Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendant, Key Endeavors, LLC, respectfully requests an extension of time, up to and including November 23, 2022, to respond to Plaintiff's Complaint.

Dated this 25th day of October, 2022.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765


By: */s/ Alyssa Castelli*
Alyssa Castelli
Florida Bar No. 1032306
Jesse I. Unruh, Esq.
Florida Bar No. 93121
alyssa@spirelawfirm.com
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October 2022, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Drew M. Levitt, Esquire and Lee D. Sarkin, Esquire, 4700 N.W. Boca Raton Boulevard, Suite 302, Boca Raton, Florida 33431, at drewmlevit@gmail.com, and lsarkin@aol.com.

*/s/ Alyssa Castelli*
Attorney