# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**DANIEL LUGO,**

                                          **Case No.** 9:22-cv-81539-DMM

       Plaintiff,

v.

**KEY ENDEAVORS, LLC,**

       Defendant.

_____/

## **PROPOSED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion.

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendant shall respond to Plaintiff's Complaint on or before November 23, 2022.

**DONE AND ORDERED** this \_\_\_ day of _____ 2022, in Chambers of the United States District Court for the Southern District of Florida.

_____
THE HONORABLE DONALD M. MIDDLEBROOKS
United States District Judge

cc: Counsel of Record